UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ROBERT EDWARD NOWAKOWSKI,

            Plaintiff,

    - against -

NEW YORK CITY HEALTH AND
HOSPITALS CORPORATION, et al.,

            Defendants.

-----------------------------------------------------------X

**ORDER**
**09 CV 5203 (RJD)(LB)**

**BLOOM, United States Magistrate Judge:**

By letter dated January 13, 2010, plaintiff identifies two clerical errors related to this case: (1) plaintiff misspelled the name of defendant Detective Cruz on the caption of his complaint,[1] and (2) the docket sheet incorrectly identifies defendant Jane Doe as a corrections officer. The Clerk of Court shall remove "Correction Officer" from defendant Jane Doe's listing on the docket sheet. Plaintiff's complaint is deemed amended to correct the spelling of defendant Detective Cruz. The Clerk of Court shall list this defendant on the docket sheet as "Detective Cruz" and re-issue an amended summons for this defendant accordingly. The United States Marshals Service shall re-serve defendant with the amended summons and complaint.

The Court shall address plaintiff's concerns regarding the Assistant Corporation Counsel's January 4, 2010 letter at a pretrial conference once all of the named defendants have been served and have responded to the complaint. The parties are directed to make a good-faith effort to resolve the issue of communication between the parties, as discussed in

---

[1] The defendant's name is spelled "Cru" in the caption of the complaint. The defendant's names is spelled elsewhere in the complaint as "Cruz."



plaintiff's letter, without involvement of this Court.

SO ORDERED.

/s/ Lois Bloom
LOIS BLOOM
United States Magistrate Judge

Dated: January 19, 2010
       Brooklyn, New York