UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

ROBERT NOWAKOWSKI,

                Plaintiffs,

                -against-

NEW YORK CITY HEALTH AND
HOSPITALS CORPORATION; et al.,

                Defendants.

----------------------------------------------------------X

**ORDER**
**09 CV 5203 (RJD)(LB)**

**BLOOM, United States Magistrate Judge:**

The Court shall hold an initial pretrial conference pursuant to Fed. R. Civ. P. 16 on March 17, 2010 at 2:00 p.m. in Courtroom 11A of the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York. No planning conference pursuant to Rule 26(f), Fed. R. Civ. P., shall be required at this time. Parties are advised that they must contact each other before making any request for an adjournment to the Court. A request for an adjournment must be received in writing at least forty-eight (48) hours before the scheduled conference.

SO ORDERED.

                                              LOIS BLOOM
                                              United States Magistrate Judge

Dated: February 17, 2010
         Brooklyn, New York