UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ROBERT EDWARD NOWAKOWSKI,

            Plaintiff,

      - against -

NEW YORK CITY HEALTH AND
HOSPITALS CORPORATION, et al.,

            Defendants.

-----------------------------------------------------------X

**ORDER**
**09 CV 5203 (RJD)(LB)**

**BLOOM, United States Magistrate Judge:**

On December 8, 2009 the Court ordered the United States Marshals Service to serve process on defendant O. Hernandez at Woodhull Hospital. (Document 4.) On February 19, 2010 the summons for this individual was returned as unexecuted. (Document 14.)

Pursuant to Valentin v. Dinkins, 121 F.3d 72 (2d. Cir. 1997)(per curiam), the Court requests that the Assistant Corporation Counsel provide the full name and correct service address for defendant "O. Hernandez, Woodhull Hospital Security Director" by March 16, 2010. The Corporation Counsel for the City of New York need not undertake to defend or indemnify this individual at this juncture. This Order merely provides a means by which plaintiff may name and properly serve this defendant.

SO ORDERED.

                                              LOIS BLOOM
                                              United States Magistrate Judge

Dated: March 1, 2010
       Brooklyn, New York